Barrett Law Office, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-0131 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ernest Lee Pennebaker, Jr.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **ERNEST LEE PENNEBAKER, JR.,** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: __Oct. 5__, 2009    By: /s/ David M. [signature]

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

BENJAMIN WHITE
P.O. Box 3260
Ridgeland, MS 39158
Phone: 601-209-7940
*Attorneys for Plaintiffs*

DATED: Oct. 5, 2009   By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/9/09   _____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA